UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

   Tamara Lisa Hall                          Case No. 08-43629-WSD
                                         Honorable Walter Shapero
_____/   Chapter 7


NOTICE OF DIVIDENDS UNDER $5


TO THE CLERK OF THE COURT:

     The enclosed check in the amount of $1.99 represents the total sum of dividends under $5 in this estate and is paid to the Court pursuant to 11 U.S.C. Section 347(a). The creditors names and claim numbers are as follows:

| Creditor Name | Claim No. | Amount of Dividend |
|---|---|---|
| Premier Bank Card/Charter | 6 | $ 1.27 |
| Dr. Steven Glickfield | 9 | $ 0.72 |

Date: July 5, 2011                                /s/   Homer W. McClarty
                                                                 Homer W. McClarty, Trustee (P26670)
                                                                 24400 Northwestern Highway
                                                                 Suite 204
                                                                 Southfield, MI 48075
                                                                 (248) 352-7686
                                                                 trustee@morganmcclarty.com